In the Matter of the Accounting of FIRST BANK & TRUST COMPANY OF UTICA, as Trustee for Frederick S. Easton, Jr., under the Will of FREDERICK S. EASTON, Deceased, Appellant and Respondent. FREDERICK S. EASTON, JR., Respondent and Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of LAWRENCE J. BENNETT, an Attorney.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of HELEN B. CURRY.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.